**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| In re Navid VijDani,<br><br>    Petitioner | Case No.: 2:25-cv-02438-JAD-NJK<br><br>**Order Granting Petitioner's Motions to Proceed In Forma Pauperis and to Stay this Case**<br><br>[ECF Nos. 7, 8, 10] |

Petitioner Navid VijDani is an Iranian citizen who is currently being detained by Immigration and Customs Enforcement officials at the Nevada Southern Detention Center in Pahrump, Nevada.  On December 8, 2025, VijDani filed a petition for a writ of habeas corpus seeking his release.[1]  The court served his petition, appointed the Federal Public Defender as counsel for VijDani, and ordered VijDani to file an application for leave to proceed in forma pauperis (IFP) and an amended petition.[2]  VijDani has since filed an IFP application showing that he does not have the financial ability to pay the filing fee for this action,[3] so I grant his motion to proceed IFP.

On January 5, 2026, counsel for VijDani filed a motion to stay this case "due to the current procedural posture of [his] removal order."[4]  In that motion, counsel notes that VijDani was ordered removed on December 1, 2025, and under the applicable regulations, his detention is mandatory for 90 days following entry of that order.  Because VijDani filed his petition within

---

[1] ECF No. 1.

[2] ECF No. 3.

[3] *See* ECF Nos. 7, 8.

[4] ECF No. 10.

that period, release from detention is not a remedy that is currently available to him.  Counsel asks that this case be stayed until March 2, 2026, the day after the 90-day, mandatory-detention period ends.  Counsel also notes that VijDani has a history of severe mental illness that would make it difficult to commence a new habeas action at a later date.[5]  The federal respondents do not oppose VijDani's stay request.[6]  So, with good cause appearing, I grant the motion and stay this case until March 2, 2026.  VijDani's counseled amended petition is now due on March 5, 2026.

<strong>Conclusion</strong>

IT IS THEREFORE ORDERED that VijDani's applications to proceed in forma pauperis **[ECF Nos. 7, 8] are GRANTED**.  VijDani may proceed without paying the filing fee.

IT IS FURTHER ORDERED that VijDani's unopposed motion to stay this case **[ECF No. 10] is GRANTED**.  This case is **STAYED** until March 2, 2026.  **VijDani's amended petition is now due on March 5, 2026**.

_____
U.S. District Judge Jennifer A. Dorsey
January 29, 2026

---

[5] *Id.* at 3.

[6] ECF No. 12.