Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org


*Attorney for Petitioner Navid Vijdani

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Navid Vijdani,

        Petitioner,

      v.

John Mattos, NSDC Warden; Michael
Bernacke, Field Director, West Valley City
Office of ICE ERO; Todd Lyons, ICE
Acting Director; Kristi Noem DHS
Secretary; Pam Bondi, U.S. Attorney
General, Kerri Ann Quihuis, ICE Field
Office Director, Las Vegas

        Respondents.

Case No. 2:25-cv-02438-JAD-NJK

**Joint Stipulation to Extend Time
to File Supplemental Briefing (ECF
No. 21).**

[ECF No. 22]

Petitioner, Navid Vijdani, and Federal Respondents, through undersigned counsel, hereby submit this stipulation for an extension of time for both parties to file supplemental briefing ordered by this Court on April 20, 2026. ECF No. 21. The supplemental briefing is currently due on May 4, 2026.

On May 1, 2026, Petitioner's counsel conferred with counsel for Federal Respondents regarding the possibility of resolving this case. Because more information is needed, the parties have jointly agreed to extend the time to file the supplemental briefing until Friday, May 8, 2026.

Thus, the parties respectfully request that the Court approve this stipulation and extend the deadline for filing the supplemental briefing from May 4, 2026 to May 8, 2026. This request is made in good faith and not for the purpose of delay.

Dated May 4, 2026.

| | |
|---|---|
| TODD BLANCHE<br>Acting Attorney General of the<br>United States<br>SIGAL CHATTAH<br>First Assistant United States<br>Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ *Brenna Bush*<br>Brenna Bush<br>Assistant United States Attorney | /s/ *Laura Barrera*<br>Laura Barrera<br>Assistant Federal Public Defender |

**ORDER**

Based on the parties' stipulation and with good cause appearing, the parties' stipulation **[ECF No. 22] is GRANTED.** The parties' supplemental briefs are now due on May 8, 2026.

_____
U.S. District Judge Jennifer A. Dorsey
May 4, 2026

2